816

No. 97–1883. DANIELS ET AL. *v.* SIX L's PACKING CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1886. MEADE *v.* USAA LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 97–1888. DIKAR, S. COOP. LTDA *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY (HAYMAKER, REAL PARTY IN INTEREST). C. A. 6th Cir. Certiorari denied.

No. 97–1889. BYUNG WHA AN ET AL. *v.* DOO-HWAN CHUN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1890. KERBY *v.* SOUTHEASTERN PUBLIC SERVICE AUTHORITY OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1891. BABICZ ET AL. *v.* SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1893. STUDENT LOAN FUND OF IDAHO, INC. *v.* DUERNER. Sup. Ct. Idaho. Certiorari denied.

No. 97–1896. SEALE *v.* JASPER HOSPITAL DISTRICT. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 97–1897. VISTA PAINT CORP. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1898. WILLIAMS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–1899. NATIONSBANK OF GEORGIA, N. A., ET AL. *v.* HERMAN, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 97–1900. BUZZETTI, DBA COZY CABIN, ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1902. DEMARIA ET AL. *v.* WASHINGTON COUNTY, IDAHO, ET AL. C. A. 9th Cir. Certiorari denied.